UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE E. HOWELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No.: 1:20-cv-00731-NONE-JLT (HC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER DIRECTING PETITIONER TO FILE FIRST AMENDED PETITION |

　　　　Petitioner filed a Petition for Writ of Habeas Corpus on May 12, 2020 in the United States District Court for the Northern District of California. (Doc. 1.) The Northern District transferred the petition to this Court on May 26, 2020. (Doc. 4.) The Court conducted a preliminary review of the petition and found that it appeared Petitioner may not have exhausted his state remedies. On June 15, 2020, the Court issued an order directing Petitioner to show cause why the petition should not be dismissed for failure to exhaust state remedies. (Doc. 9.) On July 17, 2020, Petitioner filed a response to the order to show cause in which Petitioner appears to maintain he has exhausted his state remedies. (Doc. 14.) Based on Petitioner's submission, the Court will discharge the order to show cause.

　　　　The Court also previously dismissed the petition with leave to file an amended petition. (Doc. 8.) Petitioner will be directed to file an amended petition in compliance with that order.

**ORDER**

　　　　Accordingly, the Court **ORDERS**:

1) The Order to Show Cause dated June 15, 2020 (Doc. 9) is **DISCHARGED**; and

2) Petitioner is **DIRECTED** to file a First Amended Petition within thirty days from the date of service of this order.

Petitioner is forewarned that his failure to comply with this order may result in a recommendation that the petition be dismissed pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:   **August 5, 2020**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE