UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE E. HOWELL,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | Case No.: 1:20-cv-00731-NONE-JLT (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

Petitioner filed a first amended petition on September 4, 2020, in which he names "Administrator of Atascadero State Mental Hospital" as the Respondent. (Doc. 16 at 1.) Because it appears the Administrator of Atascadero State Mental Hospital is a proper party (Rule 2(a) of the Rules Governing § 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994)), the Clerk of Court is DIRECTED to change the name of the Respondent to Administrator of Atascadero State Mental Hospital.

IT IS SO ORDERED.

Dated:   **September 9, 2020**                        **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE