**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONNIE E. HOWELL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ADMINISTRATOR OF ATASCADERO STATE MENTAL HOSPITAL,<br><br>　　　　　Respondent. | Case No.: 1:20-cv-00731-NONE-JLT (HC)<br><br>ORDER CONSTRUING MOTION TO DISMISS IN PART AS MOTION TO AMEND TO NAME PROPER RESPONDENT<br><br>ORDER GRANTING MOTION TO AMEND AND DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

On December 18, 2020, Respondent filed a motion to dismiss, in which Respondent notes that the current Executive Director of Atascadero State Hospital is Jason Black and requesting that this Court substitute Jason Black as the Respondent in this matter. (Doc. 23 at 1, n.1.) The Court will construe this as a motion to amend to name the proper respondent and grant the motion. Because it appears Jason Black is a proper party (Rule 2(a) of the Rules Governing § 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994)), the Clerk of Court is DIRECTED to change the name of the Respondent to Jason Black.

IT IS SO ORDERED.

　Dated:　**February 9, 2021**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE