**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONNIE E. HOWELL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JASON BLACK, Executive Director of Atascadero State Hospital,<br><br>　　　　　Respondent. | Case No.: 1:20-cv-00731-NONE-JLT (HC)<br><br>ORDER DISREGARDING MISCELLANEOUS MOTION<br><br>(Doc. 46) |

On November 12, 2021, Petitioner filed a miscellaneous motion for relief. (Doc. 46.) However, the Court has issued findings and recommendations to deny the habeas petition (Doc. 40), and Petitioner has already filed objections to the findings and recommendations (Docs. 44, 45). Therefore, Petitioner's motion is **DISREGARDED**.

IT IS SO ORDERED.

　　Dated:　**November 28, 2021**　　　　　　　　_ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE