UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE E. HOWELL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JASON BLACK, Executive Director of Atascadero State Hospital,<br><br>　　　　　Respondent. | No. 1:20-cv-00731-NONE-JLT (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING HABEAS PETITION, DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE FOR PURPOSE OF CLOSING CASE AND THEN TO CLOSE CASE, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY<br><br>(Doc. No. 40) |

　　　Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 23, 2021, the assigned magistrate judge issued findings and recommendations recommending that the pending petition be denied on its merits. (Doc. No. 40.) These findings and recommendations were served upon all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order. On November 1, 2021 and November 8, 2021, petitioner filed objections to the findings and recommendations. (Doc. Nos. 44, 45.)

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court has conducted a de novo review of the case. Having carefully reviewed the entire file, including petitioner's objections, the court concludes that the magistrate judge's findings and recommendations are

supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the magistrate judge's analysis.

In addition, the court declines to issue a certificate of appealability. A state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed in certain circumstances. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 335-336 (2003). If a court denies a petitioner's petition, the court may only issue a certificate of appealability when a petitioner makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). To make a substantial showing, the petitioner must establish that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).

In the present case, the court finds that petitioner has not made the required substantial showing of the denial of a constitutional right to justify the issuance of a certificate of appealability. Reasonable jurists would not find the court's determination that petitioner is not entitled to federal habeas corpus relief debatable, wrong, or deserving of encouragement to proceed further. Thus, the court DECLINES to issue a certificate of appealability.

Accordingly, the court orders as follows:

1. The findings and recommendations, filed July 23, 2021 (Doc. No. 40), are ADOPTED IN FULL;
2. The petition for writ of habeas corpus is DENIED WITH PREJUDICE;
3. The clerk of court is DIRECTED to assign a district judge to this case for the purpose of closing the case and then to close the case; and,
4. The court DECLINES to issue a certificate of appealability.

IT IS SO ORDERED.

Dated: **December 1, 2021**

_____
UNITED STATES DISTRICT JUDGE