**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONNIE E. HOWELL,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JASON BLACK, Executive Director of Atascadero State Hospital,<br><br>　　　　Respondent. | Case No.: 1:20-cv-00731-DAD-JLT (HC)<br><br>ORDER DISREGARDING MISCELLANEOUS MOTION<br><br>(Doc. 48) |

On November 30, 2021, Petitioner filed another miscellaneous motion for relief. (Doc. 48.) However, the Court denied the petition on December 1, 2021 (Doc. 49), and this case is now closed. Therefore, Petitioner's motion is **DISREGARDED**, and no further filings will be accepted in this case.

IT IS SO ORDERED.

　　Dated: __**December 2, 2021**__　　　　　　_____ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE